# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY RENE BRUCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WADKINS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00587-LJO-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc.1) |

　　　Plaintiff Shelby Rene Bruce ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 17, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief against Defendants Wadkins, Ayala, Razo, Pena, and Olmeolo for violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　CORRECTIONAL OFFICER WADKINS

　　　　　　　　SERGEANT AYALA

　　　　　　　　CORRECTIONAL OFFICER RAZO

　　　　　　　　CORRECTIONAL OFFICER PENA

　　　　　　　　CORRECTIONAL OFFICER OLMEOLO

///

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 17, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;
   b. Completed USM-285 form for Defendants listed above; and
   c. Six (6) copies of the endorsed complaint filed April 17, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   January 13, 2009**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE