# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY RENE BRUCE,<br><br>          Plaintiff,<br><br>   v.<br><br>WADKINS, et al.,<br><br>          Defendants. | 1:07-cv-00587-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHIN THIRTY DAYS<br><br>(Doc. 19) |

On April 23, 2009, Defendants filed a motion to dismiss this action for failure to exhaust administrative remedies. (Doc. 19.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion to dismiss. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   July 30, 2009              /s/ Gary S. Austin
                                                         UNITED STATES MAGISTRATE JUDGE