IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY RENE BRUCE, | 1:07-cv-00587-LJO-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|   vs. | (Doc. 28.) |
| WADKINS, et al., | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE |
|     Defendants. | |
| _____ / | ORDER DIRECTING CLERK TO CLOSE CASE |

        Shelby Rene Bruce ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On October 15, 2009, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of July 30, 2009.  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 15, 2009, are adopted in full;

2. This action is dismissed, with prejudice, based on plaintiff's failure to comply with the court's order of July 30, 2009, and failure to prosecute; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   December 1, 2009**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE